# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| ERIC PETRY | CIVIL ACTION NO. 05-0705 |
| VS. | SECTION P |
| WARDEN GARY COPES, ET AL. | JUDGE MELANÇON |
| | MAGISTRATE JUDGE HILL |

## ORDER OF RECUSAL

The undersigned previously represented Warden Gary Copes who has been named as a defendant in the above captioned lawsuit. Accordingly, the undersigned hereby recuses himself in this matter.

The **Clerk** shall reassign this case to Magistrate Judge Methvin, and shall notify Magistrate Judge Methvin of any pending motions.

Signed this 21st day of July, 2005, at Lafayette, Louisiana.

*C. Michael Hill*
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE