RECEIVED
RECEIVED USDC, WESTERN DISTRICT OF LA
Robert H. SHEMWELL, CLERK
DATE _11_/_14_, _05_ P_

OCT - 7 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE DIVISION

| | |
|---|---|
| ERIC PETRY | CIVIL ACTION NO. 05-0705-LO |
| VS. | SECTION P |
| WARDEN GARY COPES, ET AL. | JUDGE MELANÇON |
| | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 10th day of November, 2005.

TUCKER L. MELANÇON
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE 11/14/05
BY PO
TO TM